# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MARK SHOECRAFT,

    Petitioner,     :     Case No. 3:19-cv-261

- vs -      District Judge Thomas M. Rose
     Magistrate Judge Michael R. Merz

TIM SHOOP, Warden,
  Chillicothe Correctional Institution,

                                  :

    Respondent.

---

## ENTRY VACATING RECOMMITTAL ORDER

Upon *sua sponte* reconsideration of the matter, the order recommitting this case to the Magistrate Judge for reconsideration in light of Petitioner's Objections (Recommittal Orde,r ECF No. 17), is hereby VACATED.

February 20, 2020.

                                                                   Thomas M. Rose
                                                                United States District Judge